NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPRINT COMMUNICATIONS COMPANY, L.P.,**
*Plaintiff-Appellee*

**v.**

**TIME WARNER CABLE, INC., TIME WARNER CABLE, LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, TWC COMMUNICATIONS, LLC, TIME WARNER CABLE INFORMATION SERVICES (KANSAS), LLC,**
*Defendants-Appellants*

---

2017-2247

---

Appeal from the United States District Court for the District of Kansas in No. 2:11-cv-02686-JWL, Judge John W. Lungstrum.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*[*].

PER CURIAM.

# O R D E R

Appellants Time Warner Cable Information Services (Kansas), LLC, Time Warner Cable, Inc., Time Warner Cable, LLC, Time Warner Entertainment Company, L.P., Time Warner Entertainment-Advance/Newhouse Partnership and TWC Communications, LLC filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Appellee Sprint Communications Company, L.P. The petition was first referred to the panel that heard the appeal. The panel denied the petition except as described in the accompanying panel order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of this court will issue on April 24, 2019.

FOR THE COURT

March 18, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

---

[*]    Circuit Judges Moore and Stoll did not participate.